

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Bulgari, S.p.A. , <br><br> Plaintiff(s), <br><br> v. <br><br> The Partnerships and Unincorporated Associations Identified on Schedule "A", <br><br> Defendant(s). | Case No. 15 C 5148 <br> Judge Sharon Johnson Coleman |

### ORDER

Motion hearing held. Plaintiff's motion for temporary restraining order including a Temporary Injunction, a Temporary Transfer of the Defendant Domain Names, a Temporary Asset restraint, Expedited Discovery, and Service of Process by Email and/or Electronic Publication [8] is granted. Plaintiff's motion for leave to file excess pages [9] is granted. Plaintiff's motion to seal document [10] is granted. Enter Temporary Restraining Order filed under seal. Status hearing set to 6/30/2015 at 9:00 a.m.

(T: 0:03)

Date: 6/17/2015

/s/ Sharon Johnson Coleman
Sharon Johnson Coleman
United States District Court Judge

2015 JUN 18 AM 11:29